**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-1197**

─────────────

NIKOLAY PALOV,

                                Plaintiff - Appellant,

    versus

IKON OFFICE SOLUTIONS, INCORPORATED,

                                Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-99-1650-DKC)

─────────────

Submitted: April 27, 2001           Decided: June 7, 2001

─────────────

Before WILKINS and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Nikolay Palov, Appellant Pro Se. Gil A. Abramson, HOGAN & HARTSON, Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nikolay Palov appeals the district court's grant of summary judgment to IKON Office Solutions on his claim of employment discrimination based on national origin and disability. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Palov v. IKON Office Solutions, Inc., No. CA-99-1650-DKC (D. Md. Jan. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED